State *vs.* Dole.

## No. 7656.

### THE STATE EX REL. JUSTO GRACIA Y. LEON VS. THE JUDGE OF THE THIRD DISTRICT COURT OF NEW ORLEANS.

The relator applied to the clerk of the District Court to take the testimony of certain witnesses out of court to be read in a suit then pending in that court where he was a party. The clerk subpœnaed the witnesses and they appeared and refused to testify, whereupon he applied to the judge to compel them to testify. Upon his refusal the relator applied for this *mandamus* to compel the judge to act.

The *mandamus* was refused under the repeated decisions of this court that the writ will issue only in aid of its appellate jurisdiction, and that questions will not be tried under that writ that may be examined on appeal.

*Bright* for the Relator. *Thomas* for Respondent.

MANNING, C. J., delivered the opinion, citing *inter alios*, State ex rel. Logan *v.* Judge, 16 Ann. 185.

## No. 7512.

### THE STATE VS. H. DOLE, ALIAS EDWARD TALLA.

A motion in arrest of judgment on the ground that several of the grand jury who found the bill were not selected or drawn according to law will not be sustained. Motions in arrest are founded only upon defects apparent upon the face of the record.

A challenge to the array comes too late after arraignment and plea.

APPEAL from the Superior District Court of New Orleans. WHITTAKER, J.

The Attorney General for the State.

SPENCER, J., delivered the opinion affirming the judgment.